**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **VANIA MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:** |
| | ) | **1:06CV1128-WKW** |
| **WILLSTAFF CRYSTAL, INC. d/b/a** | ) | |
| **WILLSTAFF WORLDWIDE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT MOTION FOR ENTRY OF
QUALIFIED HIPAA PROTECTIVE ORDER**

Plaintiff Vania Moore and Defendant WillStaff Crystal, Inc. d/b/a WillStaff Worldwide, by and through its undersigned counsel of record, hereby move for entry of the attached Qualified HIPAA Protective Order. In support of this Motion, the parties believe that "protected health information" may be relevant to the claims or defenses presented in this action.

WHEREFORE, premises considered, the parties respectfully request that the Court enter the Qualified HIPAA Protective Order which is attached hereto as Exhibit A.

Respectfully submitted,

s/ Maury S. Weiner
Jon C. Goldfarb, Esq.
Maury S. Weiner, Esq.
Ethan R. Dettling, Esq.
Attorneys for Plaintiff Vania Moore

1/1566588.1

Wiggins, Childs, Quinn &
   Pantazis, LLC
301 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500


  s/ Stacey T. Bradford
James P. Alexander
Stacey T. Bradford
Attorneys for Defendant
WillStaff Crystal, Inc. d/b/a WillStaff
Worldwide
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

1/1566588.1

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **VANIA MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.:** |
| ) | **1:06CV1128-WKW** |
| **WILLSTAFF CRYSTAL, INC. d/b/a** ) | |
| **WILLSTAFF WORLDWIDE,** ) | |
| ) | |
| **Defendant.** ) | |

## QUALIFIED HIPAA PROTECTIVE ORDER

The parties are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the past, present, or future medical condition of the plaintiff in this action, Vania Moore, as well as any and all information relating to the provision of health care to such individual and payment for the provision of such health care.

This order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the Protected Health Information in response to such request or subpoena. This order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. § 164.512 (e)(1)(i).

The parties are expressly prohibited from using or disclosing the protected health information obtained pursuant to this order for any purpose other than this action.

Further, the parties are ordered to either return to the covered entity from whom or which such protected health information was obtained, or to destroy the protected health information (including all copies made), immediately upon conclusion of this action. *See* 45 C.F.R. §§ 163.502(b); 164.512(e)(1)(v).

        DONE and ORDERED this _____ day of _____, 2007.

 

 

                                      _____

                                             W. Keith Watkins

                                     United States District Judge