IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VANIA MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: |
| | ) 1:06CV1128-WKW-WC |
| WILLSTAFF CRYSTAL, INC. d/b/a | ) |
| WILLSTAFF WORLDWIDE, | ) |
| | ) |
| Defendant. | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the Order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047. The following entities are hereby reported: The Goodwill Group, Inc., Crystal Co., Ltd., American Crystal Holdings, Inc., American Crystal, Inc., Advantage Crystal, Inc., NI Crystal Medical Support, Inc., Talent Tree Crystal, Inc., Skillmaster Crystal, Inc., and The Hestair Group LLC.

Respectfully Submitted,

s/Stacey T. Bradford
James P. Alexander (ALE002)
Stacey T. Bradford (THU004)
Bradley Arant Rose & White
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Phone: 205-521-8000
Fax: 205-521-8800
jalexander@bradleyarant.com
sbradford@bradleyarant.com

Attorneys for Defendant
WillStaff Crystal, Inc. d/b/a
WillStaff Worldwide

## CERTIFICATE OF SERVICE

    I hereby certify that on May 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jon C. Goldfarb, Esq.
>Maury S. Weiner, Esq.
>Ethan R. Dettling, Esq.
>Wiggins, Childs, Quinn & Pantazis, LLC
>301 19th Street North
>Birmingham, AL 35203

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>None

                                              Respectfully submitted,

                                                  s/Stacey T. Bradford
                                                      OF COUNSEL