IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VANIA MOORE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO. 1:06-cv-1128-WKW |
| | ) |
| **WILLSTAFF CRYSTAL, INC.,** | ) |
| **d/b/a WILLSTAFF WORLDWIDE,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of the Unopposed Motion to Extend Discovery and Dispositive Motion Deadlines (Doc. # 14), it is ORDERED that the motion is GRANTED. The Court's Uniform Scheduling Order (Doc. # 7) is amended as follows:

**SECTION 1.** The pretrial conference is continued from December 7, 2007 to **April 21, 2008.** The trial is continued from January 7, 2008 to **May 19, 2008** in Dothan, Alabama..

**SECTION 2.** Dispositive motions shall be filed no later than **November 13, 2007.**

**SECTION 7.** All discovery shall be completed on or before **January 2, 2008.**

DONE this 11th day of September, 2007.

　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE