IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VANIA MOORE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:06-cv-1128-WKW |
| WILLSTAFF CRYSTAL, INC., ) | |
| D/B/A WILLSTAFF WORLDWIDE, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

## REPORT REGARDING SETTLEMENT CONFERENCE

COMES NOW, Plaintiff, by and through undersigned counsel, and submits this Report of the parties' face-to-face conference regarding settlement of the above-styled cause. Plaintiff reports as follows:

1. Counsel met face-to-face in Birmingham, Alabama and discussed the possibility of resolving this lawsuit. Although the parties were unable to reach an agreement, the parties openly discussed the case and whether alternative dispute resolution may be beneficial.

2. To that end, the parties agreed to consult with their respective clients regarding mediation and determine whether mediation is worthwhile prior to completing

1

further discovery.

      3.     If the parties agree, mediation will be scheduled on the first date available for the parties, their counsel, and the chosen mediator.

Respectfully submitted,

s/ Ethan R. Dettling
Jon C. Goldfarb
Ethan R. Dettling
Counsel for Plaintiff

**OF COUNSEL**:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been properly filed with the Clerk of Court using the CM/ECF system which will send electronic notification to the following counsel of record:

James P. Alexander, Esq.
Stacey T. Bradford, Esq.
Bradley Arant Rose & White
1819 Fifth Avenue North
Birmingham, AL 35203-2104

on this the __12th__ day of __October__, 2007.

s/ Ethan R. Dettling
OF COUNSEL