**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **VANIA MOORE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     **CASE NO. 1:06-cv-1128-WKW** |
| | ) |
| **WILLSTAFF CRYSTAL, INC.,** | ) |
| **d/b/a WILLSTAFF WORLDWIDE,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of the Joint Motion to Extend Discovery and Dispositive Motion Deadlines (Doc. # 17), it is ORDERED that the motion is GRANTED. The Court's Uniform Scheduling Order (Doc. # 7) is amended as follows:

**SECTION 2.** Dispositive motions shall be filed no later than **February 4, 2008.**

**SECTION 7.** All discovery shall be completed on or before **March 26, 2008.**

DONE this 30th day of October, 2007.

                                                           /s/ W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE