IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VANIA MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 1:06-cv-1128-WKW |
| | ) |
| WILLSTAFF CRYSTAL, INC., | ) |
| d/b/a WILLSTAFF WORLDWIDE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Joint Motion to Extend Witness, Deposition Designation and Exhibit List Deadlines (Doc. # 19), it is ORDERED that the motion is GRANTED. The court's Uniform Scheduling Order (Doc. # 7) is amended as follows:

**SECTION 9.** Witness lists shall be filed on or before **April 18, 2008.**

**SECTION 10.** Deposition designations shall be filed on or before **April 18, 2008.**

**SECTION 11.** Exhibit lists shall be filed on or before **April 18, 2008.**

DONE this 29th day of November, 2007.

                /s/  W.  Keith Watkins
              UNITED STATES DISTRICT JUDGE