IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VANIA MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 1:06-cv-1128-WKW |
| | ) |
| WILLSTAFF CRYSTAL, INC., | ) |
| d/b/a WILLSTAFF WORLDWIDE, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Having come to the court's attention that the parties in this case have come to a resolution of this matter, it is ORDERED that the parties shall file a joint stipulation of dismissal **on or before January 4, 2008.**

DONE this 13th day of December, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE