IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VANIA MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: |
| v. | ) 1:06-cv-1128-WKW-WC |
| | ) |
| WILLSTAFF CRYSTAL, INC., d/b/a | ) |
| WILLSTAFF WORLDWIDE | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to the Rule 41(a)(1)(ii), Fed.R.Civ.P., the parties hereby stipulate that this action shall be dismissed with prejudice, each party to bear her or its own costs.

_____
Jon Goldfarb, Esquire
One of the Attorneys for the Plaintiff
Vania Moore
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

_____
Stacey T. Bradford
One of the Attorneys for Defendant
WillStaff Worldwide, Inc.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104